**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| CODY SIMPSON, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil No. 1:17-02532 |
| PURE TECHNOLOGIES U.S., INC., | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Plaintiffs, Mr. Nicholas Redding, Mr. Brian Miles, Mr. Austin Clark, Mr. Daniel Castaneda, and Mr. Peter Jaenike, and Defendant, Pure Technologies U.S., Inc. ("Pure Technologies") (collectively the "Parties"), by and through their undersigned counsel, hereby respectfully request that this Honorable Court approve a settlement agreement that the Parties have reached concerning Plaintiffs' lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et. seq.* (the "FLSA"), the Maryland Wage and Hour Law, Md. Code Ann., Lab. & Empl. §§ 3-401, *et seq.* (the "MWHL"), and the Maryland Wage Payment and Collection Law, Md. Code Ann., Lab. & Empl., §§ 3-501, *et seq.* (the "MWPCL"). Court approval of this settlement is necessary because claims under the FLSA, like those released by Plaintiffs in the attached Settlement Agreement (**Exhibit A**), may not be waived or released without U.S. Department of Labor or Court approval.

Respectfully submitted,

| | |
|---|---|
| */s/ (by permission)* | */s/* |
| Benjamin L. Davis, III, Esquire | Kirsten M. Eriksson, Esquire |
| The Law Offices of Peter Nicholl | Patrick G. Selwood, Esquire |
| 36 South Charles Street | MILES & STOCKBRIDGE P.C. |
| Suite 1700 | 100 Light Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Telephone: (410) 244-7005 | Telephone: (410) 727-6464 |
| Fax: (410) 244-1047 | Fax: (410) 385-3700 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April 2019, a copy of the foregoing **Joint Motion for Approval of Settlement, Memorandum in Support and proposed Order** was sent via the Court's CM/ECF system to:

> Benjamin L. Davis, III, Esquire
> The Law Offices of Peter Nicholl
> 36 South Charles Street, Suite 1700
> Baltimore, Maryland 21201
> Telephone: (410) 244-7005
> Email: bdavis@nicholllaw.com

*Counsel for Plaintiffs*

*/s/*
Kirsten M. Eriksson, Esquire